UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RODNEY B. WILSON,

                Petitioner,

v.                                      Case No. 3:07-cv-96-J-12TEM

JAMES R. MCDONOUGH,
et al.,

                Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 20, 2007, this Court ordered Petitioner, within thirty days, to file an Amended Petition (with copies for service of process upon the Respondents) and to either submit the $5.00 filing fee or file an Affidavit of Indigency. See Court's Order (Doc. #6). On March 7, 2007, Petitioner filed a Notice of Appeal (Doc. #8), which was construed as a motion to reconsider the Court's Order (Doc. #6). On March 15, 2007, this Court denied Petitioner's motion for reconsideration and again ordered Petitioner, within thirty days, to file an Amended Petition (setting forth his grounds for challenging his sexual battery conviction) and to either submit the $5.00 filing fee or file an Affidavit of Indigency. See Court's Order (Doc. #9). This Court notified Petitioner that his failure to comply with the Court's Order would result in the dismissal of this action without further notice. It has been over sixty days and as of the date of this Order, Petitioner has not complied with this Court's previous

Orders and has not filed any motions for this Court's consideration.

For this reason, this case will be dismissed without prejudice due to Petitioner's lack of prosecution in responding to this Court's previous Orders.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk of Court shall enter judgment dismissing this case without prejudice.

3. The Clerk of Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 24TH day of May, 2007.

                                              Howell W. Melton
                                     UNITED STATES DISTRICT JUDGE

sc 5/23
c:
Rodney B. Wilson

2