UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RODNEY B. WILSON,

    Petitioner,

vs.     Case No. 3:07-cv-96-J-12TEM

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,[1]
et al.,

    Respondents.

## ORDER

The Judgment in this case was entered May 25, 2007. See Judgment (Doc. #11). This cause is before the Court on Petitioner's Notice of Appeal (Doc. #12), construed as an application for certificate of appealability (Doc. #13), filed January 28, 2010, pursuant to the mailbox rule. Since the application for certificate of appealability has been filed over nine hundred (900) days after the Judgment was entered, it will be denied as untimely filed.

This Court should issue a certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). To make this substantial showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the

---

[1] The Secretary of the Florida Department of Corrections is the proper Respondent having custody of Petitioner.

constitutional claims debatable or wrong," <u>Tennard v. Dretke</u>, 542 U.S. 274, 282 (2004) (quoting <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 n.4 (1983)).

Where a district court has rejected a petitioner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See <u>Slack</u>, 529 U.S. at 484. However, when the district court has rejected a claim on procedural grounds, the petitioner must show that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>Id</u>. Upon consideration of the record as a whole, Petitioner has failed to make the requisite showing, and therefore, this Court will deny a certificate of appealability for that reason as well.

Therefore, it is now

**ORDERED:**

1. Petitioner's application for certificate of appealability (Doc. #13) is **DENIED** as untimely, or in the alternative denied for failure to make the requisite showing.

2. Because this Court has determined that a certificate of appealability is not warranted, the **Clerk** shall terminate from the pending motions report any motion to proceed on appeal as a pauper that may be filed in this case. Such termination shall serve as a denial of the motion.

**DONE AND ORDERED** at Jacksonville, Florida, this 10TH day of February, 2010.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sc 2/10
c:
Rodney B. Wilson
USCA